THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROMOTION HOLDINGS GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> TARA PARKER, <br><br> Defendant. | CASE NO. C16-1548-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiff's motion to withdraw and substitute counsel (Dkt. No. 38). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

Plaintiff's counsel, Sarah N. Turner and Neal J. Phillip, ask the Court to withdraw from representation pursuant to Local Civil Rule 83.2. Since their motion, Plaintiff has obtained new counsel, Mike Layton. (*See* Dkt. No. 38.) New counsel represents that he will not be seeking a continuance of the trial date, currently set for October 23, 2017. (*Id.*)

Defendant objects to the motion to withdraw because it is untimely. *See* W.D. Wash. Local Civ. R. 83.2(b)(1). Under the Local Rules, attorneys are ordinarily permitted to withdraw until sixty days before the discovery cutoff date. *Id.* Although untimely, the motion to withdraw

does not prejudice Defendant because Plaintiff has obtained new counsel and does not anticipate a change to the current trial schedule. Granting an untimely motion to withdraw is within the Court's discretion. For the foregoing reasons, Plaintiff's motion to withdraw and substitute counsel (Dkt. No. 38) is GRANTED. The withdrawal of counsel is effective immediately.

DATED this 9th day of August 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE