THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROMOTION HOLDINGS GLOBAL, INC. d/b/a PROLUMINA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>TARA PARKER,<br><br>　　　　　　Defendant. | CASE NO. C16-1548-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On November 1, 2017, Defendant filed a status report with the Court, explaining that Plaintiff had failed to provide a written settlement agreement in accordance with the parties' prior agreement. (*See* Dkt. No. 46.) Plaintiff has not taken any action in this case in over a year.

Plaintiff is ORDERED to show cause why this case should not be dismissed for failure to prosecute. Alternatively, Plaintiff shall file a notice of settlement and stipulated dismissal, based on Defendant's prior representations to the Court. (*See* Dkt. No. 46.) Plaintiff shall respond to this order no later than Friday, November 30, 2018.

//

MINUTE ORDER
C16-1548-JCC
PAGE - 1

1       DATED this 19th day of November 2018.

2                                       William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1548-JCC
PAGE - 2